**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03155-GPG

JAMES PLANTE,

    Plaintiff,

v.

WELD COUNTY DISTRICT COURT,
SARAH E. McCUTCHEON,
DETECTIVE JARAD WEEKS,
DETECTIVE WENDY STEWARD,
THE GREELEY POLICE DEPARTMENT,
JUDGE KOPCOW,
JOHN WALSH (Attorney P.D.),
KATHY HEFFRON (Attorney P.D.),
THE WELD COUNTY PUBLIC DEFENDER'S OFFICE,
MICHAEL VEAGUS (Guard at Jail),
MR. EGGERS (person who denied grievance),
CORRECT CARE SOLUTIONS,
DR. MARGO GEPPERT,
KIRSTEN (nurse who refused me medication), and
THE WELD COUNTY JAIL,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's request for discovery (ECF No. 11) is DENIED as premature. Plaintiff's motion (ECF No. 12) to vacate his state court cases is DENIED because the request is not appropriate in this civil rights action pursuant to 42 U.S.C. § 1983.

Dated: December 10, 2014