**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03155-GPG

JAMES EUGENE PLANTE,

    Plaintiff,

v.

THE STATE OF COLORADO,
ITS EMPLOYEES,
THE WELD COUNTY JAIL,
ITS EMPLOYEES,
CORRECT CARE SOLUTIONS, and
ITS EMPLOYEES,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion (ECF No. 25) asking to attend hearing is DENIED as unnecessary.

Dated:  March 10, 2015