IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03155–WJM–KMT

JAMES EUGENE PLANTE,

    Plaintiff,

v.

THE WELD COUNTY JAIL,
ITS EMPLOYEES,
CORRECT CARE SOLUTIONS, and
ITS EMPLOYEES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

On March 23, 2015, Plaintiff filed an "Amended G Request for Relief" (Doc. No. 38). The request is **DENIED**. It appears Plaintiff wishes to amend his complaint to assert various new forms of relief. (*See id.*)

Plaintiff may not amend his third amended complaint by simply filing piecemeal supplements. Rather, he must file the a motion to amend his complaint and attach the entire proposed fourth amended complaint. The plaintiff may not incorporate by reference his original or his first, second, or third amended complaint into the proposed fourth amended complaint. The fourth amended complaint must stand alone; it must contain all of the plaintiff's claims. *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect") (internal quotations and citations omitted).

Dated: March 24, 2015