## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 14-cv-3155-WJM-KMT

JAMES EUGENE PLANTE,

    Plaintiff,

v.

WELD COUNTY JAIL, the employees thereof, and
CORRECT CARE SOLUTIONS, it's employees

    Defendants.

_____

**ORDER ADOPTING FEBRUARY 11, 2016 RECOMMENDATION OF MAGISTRATE JUDGE GRANTING DEFENDANT'S MOTION TO DISMISS**
_____

This matter is before the Court on the February 11, 2016 Recommendation of United States Magistrate Judge Kathleen M. Tafoya (the "Recommendation") (ECF No. 62) that Defendant Correct Care Solutions' Motion to Dismiss (ECF No. 48) and Defendant Weld County's Motion to Dismiss (ECF No. 51) be granted and the Complaint be dismissed. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 62 at 5–7.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have been received to date.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)   The Magistrate Judge's Recommendation (ECF No. 62) is ADOPTED in its entirety;

(2)   Defendant Correct Care Solutions' Motion to Dismiss (ECF No. 48) and Defendant Weld County's Motion to Dismiss (ECF No. 51) are both GRANTED;

(3)   This case is DISMISSED WITH PREJUDICE; and

(4)   The Clerk shall enter final judgment in accordance with this order shall terminate this case.  The parties shall bear their own attorneys' fees and costs.

Dated this 1st day of March, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge