**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-03155-WJM-KMT

JAMES EUGENE PLANTE,

    Plaintiff,

v.

WELD COUNTY JAIL, the employees thereof, and
CORRECT CARE SOLUTIONS, it's employees,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting February 11, 2016 Recommendation of Magistrate Judge Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on March 1, 2016,

    IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 62) is ADOPTED in its entirety.  Defendant Correct Care Solutions' Motion to Dismiss (ECF No. 48) and Defendant Weld County's Motion to Dismiss (ECF No. 51) are both GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants and against the Plaintiff and the case is DISMISSED WITH PREJUDICE. The parties shall bear their own attorneys' fees and costs.

    Dated at Denver, Colorado this 2nd day of March, 2016.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk